# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD H. PHILLIPS, III,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>USAA CASUALTY INSURANCE CO., dba "USAA", a Texas Corporation,<br><br>　　　　　Defendant. | NO: 2:16-CV-0381-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 70). The parties have stipulated to the dismissal of all claims asserted by Plaintiff against Defendant with prejudice and without costs or attorney fees to any party.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims asserted by Plaintiff against Defendant are **DISMISSED** with prejudice and without costs or attorney fees to any party.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 22, 2017.



_Thomas O. Rice_
THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2